UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 2:25-cr-34-KCD-DNF

ASIEL RODRIGUEZ

### PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for the following assets:

   a. Approximately $560.00 in U.S. Currency seized on or about February 25, 2025;

   b. Approximately $16,785.00 in U.S. Currency seized on or about February 25, 2025, from the residence located at 3604 36th Street SW, Lehigh Acres, Florida; and

   c. Approximately $2,335.00 in U.S. Currency seized on or about February 25, 2025, from within a 2024 Jeep Wagoneer.

Being fully advised of the relevant facts, the Court finds that the currency constitutes proceeds the defendant obtained as a result of the commission of the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on February 18, 2026.

Kyle C. Dudek
United States District Judge